UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| IN RE:<br>RONALD L SMITH AND ELEANOR D SMITH<br>　　Debtors | BCN#: 19-11035<br><br>Chapter: 7 |
| NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER<br>and its assignees and/or successors in interest,<br>　　Movant/Secured Creditor,<br>v.<br>RONALD L SMITH<br>AND<br>ELEANOR D SMITH<br>　　Debtors<br>and<br>GEORGE W. LIEBMANN<br>　　Trustee<br>　　Respondents | **MOTION FOR ORDER GRANTING RELIEF FROM AUTOMATIC STAY** |

COMES NOW, Nationstar Mortgage LLC d/b/a Mr. Cooper, its assignees and/or successors in interest, (Movant herein), by Counsel, alleges as follows:

1.　This Court has Jurisdiction over this proceeding pursuant to 28 U.S.C. Sections 157 and 1334 and 11 U.S.C. 362; Federal Rule of Bankruptcy Procedure 9014; and Local Bankruptcy Rule 4001-1(a), and that this matter is a core proceeding.

2.　The above named Debtor(s) filed a Chapter 7 Petition in Bankruptcy with this Court on January 25, 2019.

3.　The Movant is the current payee of a promissory note secured by a Deed of Trust upon a parcel of real property with the address of 414 Trimble Road, Joppa, MD 21085 and more particularly described in the Deed of Trust dated August 13, 2003 and recorded at Book 4926 at Page 0192, among the land records of the County of Harford, Maryland:

S&B# 19-279981

Being the same lot of ground which by Deed dated July 31, 1963, and recorded among the Land Records of Harford County in liber 625, folio 314 was granted and conveyed by Straw Holding Corporation, a body corporate of the State of Maryland, to the within named Grantor.

Being the same lot of ground by which deed dated February 12, 1990 recorded among the Land Records of Harford County, Maryland in Liber 1610, folio 633 was granted and conveyed by Ronald L. Smith and Wilda K. Smith to the within named Grantor.

Being one of the Lots of ground which by Indenture of Lease dated April 26, 1963, and recorded among the Land Records of Harford County in Liber GMG No. 617, folio 265, was demised and leased by Panitz & Co., Inc. to the Straw Holding Corporation for the renewable term of ninety years at and under the annual ground rent of One Hundred Twenty Dollars (120.00) payable in equal half-yearly installments on the first days of May and November, in each and every year.

Thereon being known as 414 Trimble Road, Joppa, MD 21085.

Copies of the Note and Deed of Trust are attached hereto, marked as exhibits A & B and made a part hereof by reference.

4. This Movant is informed and believes, and based upon such information and belief, alleges that title to the subject Property is currently vested in the name of the Debtor(s).

5. The Debtor intends to surrender the subject property according to the Statement of intent filed with this Court on January 25, 2019.

6. As of January 29, 2019, the estimated outstanding obligations are:

| | | |
|---|---|---|
| Unpaid Principal Balance | $ | 98,801.20 |
| Unpaid, Accrued Interest | $ | 1,653.17 |
| Uncollected Late Charges | $ | 0.00 |
| Mortgage Insurance Premiums | $ | 0.00 |
| Taxes and Insurance Payments on behalf of Debtors | $ | 0.00 |
| Other Costs | $ | 468.34 |
| Less: Partial Payments | ($ | 125.01) |
| Minimum Outstanding Obligations | $ | 100,797.70 |

S&B# 19-279981

7. The Debtors are in default with regard to payments which have become due under the terms of the aforementioned note and Deed of Trust.

As of January 29, 2019, the Debtor is due for:

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Missed Payments |
|---|---|---|---|---|
| 2 | December 1, 2018 | January 1, 2019 | $1,119.92 | $2,239.84 |
| Atty Fees and Costs: | | | | $931.00 |
| | | | Less partial payments (suspense balance): | ($125.01) |
| | | | Total Payments: | $3,045.83 |

8. The Movant has elected to initiate foreclosure proceedings on the Property with respect to the subject Deed of Trust, but is prevented by the Automatic Stay from going forward with these proceedings.

9. This Movant is informed and believes, and based upon such information and belief, alleges that absent this Court's Order allowing this Movant to proceed with the pending foreclosure, Movant's security will be significantly jeopardized and/or destroyed.

10. GEORGE W. LIEBMANN, has been appointed by this Court as the Chapter 7 Trustee in this instant Bankruptcy proceeding.

11. This Movant is informed and believes and, based upon such information and belief, alleges that the Debtor has little or no equity in the property as there is a second Deed of Trust.

WHEREFORE, Movant prays for an order granting relief from Automatic Stay, and for such other relief as the Court deem proper.

S&B# 19-279981

Dated: February 11, 2019

SHAPIRO & BROWN, LLP
Attorneys for Movant

By: /s/ Renee Dyson
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Kristine D. Brown, Esquire
Federal I.D. Bar No. 14961
Thomas J. Gartner, Esquire
Federal I.D. Bar No. 18808
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531
Renee Dyson, Esquire
Federal I.D. Bar No. 15955
Malcolm B. Savage, III, Esquire
Federal I.D. Bar No. 20300
Nicole Lipinski, Esquire
Federal I.D. Bar No. 19283
LAW OFFICES OF
SHAPIRO & BROWN, LLP
10021 Balls Ford Road, Suite 200
Manassas, Virginia 20109
(703) 449-5800
ECF@Logs.com

S&B# 19-279981

Certificate of Service

I hereby certify that on the 11th day of February, 2019, the following person(s) were served a copy of the foregoing Motion for Order for Relief from Automatic Stay in the manner described below:

Via CM/ECF Electronic Notice:

| | |
|---|---|
| Edward C. Christman, Jr.<br>Christman & Fascetta, LLC<br>810 Gleneagles Court<br>Suite 301<br>Towson, MD 21286 | Debtor's Attorney |
| GEORGE W. LIEBMANN<br>LIEBMANN & SHIVELY, P.A.<br>8 W. HAMILTON STREET<br>BALTIMORE, MD 21201 | Trustee |

Via First Class Mail, Postage Prepaid:

| | |
|---|---|
| Ronald L Smith<br>414 Trimble Road<br>Joppa, MD 21085 | Debtor |
| Eleanor D Smith<br>414 Trimble Road<br>Joppa, MD 21085 | Debtor |

/s/ Renee Dyson
William M. Savage, Esquire
Kristine D. Brown, Esquire
Thomas J. Gartner, Esquire
Gregory N. Britto, Esquire
Renee Dyson, Esquire
Malcolm B. Savage, III, Esquire
Nicole Lipinski, Esquire

S&B# 19-279981