**SO ORDERED**

NO TIMELY OPPOSITION FILED.



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| IN RE:<br>RONALD L SMITH AND ELEANOR D SMITH<br>    Debtors<br>NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER<br>and its assignees and/or successors in interest,<br>    Movant/Secured Creditor,<br>v.<br>RONALD L SMITH<br>AND<br>ELEANOR D SMITH<br>    Debtors<br>and<br>GEORGE W. LIEBMANN<br>    Trustee<br>    Respondents | BCN#: 19-11035<br><br>Chapter: 7 |

ORDER LIFTING
AUTOMATIC STAY

THE COURT having considered the Motion of Nationstar Mortgage LLC d/b/a Mr. Cooper for Relief from the Automatic Stay of 11 U.S.C. § 362 (a), the lack of opposition thereto and the record herein;

IT IS ORDERED, that the automatic stay imposed by 11 U.S.C. §362(a) be lifted, as to Nationstar Mortgage LLC d/b/a Mr. Cooper, holder of a certain promissory note evidencing an indebtedness established by the lien of a Deed of Trust, so as to enable it

S&B# 19-279981

to exercise its rights under state law as to a property with the address of 414 Trimble Road, Joppa, MD 21085, and recorded among the Land Records of the Coutny of Harford, Maryland in Book 4926 at Page 0192.  Subsequent to such sale, the Movant may take all lawful actions in accordance with state law, to take possession of the property, and shall provide a copy of the Report of Sale and all Audit Reports to the Bankruptcy Trustee if there is a surplus over and above the debt owed to the foreclosing noteholder.

I ask for this:


/s/ Renee Dyson
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Kristine D. Brown, Esquire
Federal I.D. Bar No. 14961
Thomas J. Gartner, Esquire
Federal I.D. Bar No. 18808
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531
Renee Dyson, Esquire
Federal I.D. Bar No. 15955
Malcolm B. Savage, III, Esquire
Federal I.D. Bar No. 20300
Nicole Lipinski, Esquire
Federal I.D. Bar No. 19283

S&B# 19-279981

Copies are to be sent to:

1. SHAPIRO & BROWN, LLP
   10021 BALLS FORD ROAD, SUITE 200
   MANASSAS, VA 20109

2. Ronald L Smith and Eleanor D Smith
   414 Trimble Road                                     Debtor(s)
   Joppa, MD 21085

3. GEORGE W. LIEBMANN
   LIEBMANN & SHIVELY, P.A.
   8 W. HAMILTON STREET
   BALTIMORE, MD 21201                                  Trustee

4. Edward C. Christman, Jr.
   Christman & Fascetta, LLC
   810 Gleneagles Court
   Suite 301                                            Debtor's
   Towson, MD 21286                                     Attorney

**END OF ORDER**

S&B# 19-279981